No. 67130.—Paul E. Sernau, Inc. *v.* United States, protests 61/3994 and 61/7092 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of metal articles similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.

No. 67131.—Brawer Bros. Silk Co., Inc. *v.* United States, protest 58/24332 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon textile similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.